IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| HENRY POULIOT | : | Civil Action No. |
| | : | 1:08-CR-1-HL |
| Defendant. | : | |

# ORDER

Upon the motion of the Government and Defendant Pouliot, for the reasons set forth in the Motion to Continue, it is hereby ordered that the case be continued from the April term of court to the next term of court. In support of this Order the Court specifically finds that:

(1)

Defendant Pouliot was indicted in January, arraigned in February, released from pre-trial detention in March and scheduled for pre-trial conferences on April 9, 2008.

(2)

The co-defendant, Weyman Harris, filed a Motion for Psychological/Psychiatric Evaluation on March 20, 2008.

(3)

As of this date, the Psychological/Psychiatric Evaluation on Weyman Harris has not been completed.

1

(4)

A continuance would allow for the evaluation to be completed and Defendant Pouliot, recently released from pre-trial detention on March 18, 2008, additional time in which to prepare for trial.

Therefore, the parties' request that the Court enter an Order continuing the case to the next regularly scheduled term of court is granted. Any delay occasioned by this Order shall be deemed excludable delay pursuant to Title 18, United States Code, Section 3161(h) of the Speedy Trial Act.

**SO ORDERED**, this the 10th day of April, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

dhc

2